AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>LARRY RAY BON<br><br>*Defendant(s)* | )<br>)<br>) Case No. 19-8052-WM<br>)<br>)<br>) |

FILED BY _____ D.C.

FEB 28 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 27, 2019__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 111(a)(1)(b) | Assaulting Certain Officers or Employees with a Deadly or Dangerous Weapon |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Blake Crotty, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/28/2019__
       __Feb. 28, 2019__

_____
*Judge's signature*

City and state: __West Palm Beach, Florida__      U.S. Magistrate Judge William Matthewman
*Printed name and title*

# AFFIDAVIT

I, Blake Crotty, being duly sworn, do state and attest as follows:

1. I am Special Agent (SA) with the Federal Bureau of Investigation (FBI), and I have been so employed since August 2016. I am currently assigned to PB-2, the Violent Crimes and Major Offender Squad of the Palm Beach County Resident Agency. I have primarily been assigned to investigations dealing with bank robberies, drug trafficking, violent crimes, and violent crimes against children. Based on my experience as a federal law enforcement officer, I have conducted investigations of, and have been instructed in investigative techniques concerning violent crimes, gun offenses and conspiracies to commit these offenses.

2. This affidavit is based upon my own personal knowledge of the facts and circumstances surrounding the investigation and information provided to me by other law enforcement officers. This affidavit does not purport to contain all the information known to me about this case, but addresses only that information necessary to support a finding of probable cause for the issuance of a criminal complaint charging LARRY RAY BON with Assaulting, Resisting, or Impeding Certain Officers or Employees, in violation of Title 18, United States Code, Section 111(a)(1)(b).

3. On Wednesday, February 27, 2019, two individuals with the initials "B.G." and "E.A." were working in their capacity as Emergency Room Doctors at the Veterans Affairs (VA) Medical Center, 7305 North Military Trail, Riviera Beach, Florida. At approximately 6:30 p.m., both Doctors were seated at desks in the emergency room doctors' station when a hospital technician screamed that an individual had a gun. "B.G." and "E.A." both heard approximately three gun shots. "B.G." immediately notified everyone that this was an active shooter situation. "B.G." then observed a white male, double amputee on a scooter appear from the direction from

which the technician came. This individual, later discovered to be BON, armed with a black handgun, began screaming about cigarettes. "B.G." told BON that there were cigarettes behind him, in an attempt to distract him and get BON to turn away. At this point "B.G." rushed towards BON in an attempt to disarm him. The two began to struggle with one another when BON fired approximately three more shots. One of which grazed "B.G."'s left ear. The bullet then entered "B.G."'s neck and exited near the base of his skull.

4. "B.G." gained control of the handgun and it ultimately ended up in the hands of "E.A.". "E.A." held the gun with her back against the wall. As BON crawled towards her she held the gun over her head and used a chair to shield herself from BON's pursuit.

5. "B.G." was afraid that "E.A." would lose control of the gun so he told her to throw the gun back to him. "E.A.' threw the gun back towards "B.G.". The gun hit the ground, "B.G." picked it up and gave it to a nurse with the initials "L.L.".

6. As BON continued to attempt to attack "E.A.", a patient with the initials "R.S." came to her assistance. The two used the chair to pin BON against the wall until law enforcement arrived and apprehended him.

7. It was later discovered that a second employee was struck in the buttocks by one of the fired rounds.

8. BON arrived at the VA Medical Center earlier in the day for treatment by his primary care physician. The primary care physician admitted BON to the emergency room to receive mental health treatment under the Baker Act.

9. Based upon the foregoing, I respectfully submit that there is probable cause to believe that Larry Ray BON, forcibly assaulted and inflicted bodily injury on a federal employee

who was engaged in or on the account of the performance of official duties, in violation of Title 18, United States Code, Section 111(a)(1)(b).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
BLAKE CROTTY, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn to and subscribed before me this 28th day of February, 2019.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Case No: 19-8052-WM

Defendant's Name: LARRY RAY BON

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Assaulting Certain Officers or Employee | 18:111(a)(1)(b) | 20 years<br>SR: 5 years<br>$250,000 fine<br>$100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 19-8052-WM

IN RE: Complaint
**LARRY RAY BON      /**

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   _____ Yes   ___X___ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   _____ Yes   ___x___ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:   LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 095044
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401
(561) 820-8711
(561) 820-8777 (FAX)
LOTHROP.MORRIS@USDOJ.GOV